# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

ZAC000001EF25

THERESA BONERTZ
10323 NE 136TH PL
KIRKLAND, WA 98034-2023

Claim Number 1000087

---

**ELIZABETH ZACHARY,**
On Behalf of Herself and
All Others Similarly Situated,

    Plaintiffs,

vs.

**COBALT MORTGAGE, INC.,**

    Defendant.

JURY TRIAL DEMANDED

Case no.: 4:16-cv-00754-ALM

## CONSENT TO BECOME A PARTY PLAINTIFF

I, the undersigned, whom Defendant(s) employed as a Processor, Senior Processor, and/or in another like mortgage processing job, hereby consent to be a party plaintiff in this lawsuit (or, if due to unforeseen procedural matters, any subsequent related suit), which is an action to recover unpaid wages including minimum wages and/or overtime compensation not paid pursuant to the requirements of the Fair Labor Standards Act. By my signature below, I designate the named Plaintiff(s) and their attorneys as my representatives to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, and decisions regarding settlement, attorney's fees and costs and all other matters pertaining to this lawsuit. I understand that while I have the right to choose other counsel and to pursue my claims on my own behalf, I choose to be represented by Class Counsel from the Rowdy Meeks Legal Group LLC, Lee & Braziel, L.L.P., and other attorneys with whom they may associate.

Theresa Bonertz
**Full Name (Print Clearly)**

*Theresa Bonertz*
**Signature**

5 . 24 . 17
**Date Signed**

tessiej14@gmail.com
**Email**