IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ELIZABETH ZACHARY, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED, | § § § § | |
| *Plaintiffs,* | § § | |
| v. | § § § | CIVIL ACTION NO. 4:16-CV-00754-ALM |
| COBALT MORTGAGE, INC., *Defendant.* | § § § § | |

**ORDER GRANTING JOINT MOTION TO EXTEND MEDIATION DEADLINE AND STAYING DISCOVERY**

**ORDER**

This matter comes before the Court on the Parties' Joint Motion to Extend Mediation Deadline and Stay Discovery (Dkt. #40). The Court, having considered the Parties' Motion, finds there is good cause to grant this continuance.

It is hereby ORDERED that the mediation deadline is continued to December 18, 2017, discovery is stayed pending the outcome of mediation, the discovery deadline is extended to March 2, 2018, and the Court adopts the case deadlines outlined below:

**DEADLINES**

| | |
|---|---|
| December 18, 2017 | Mediation must occur by this date. |
| December 29, 2017 | Deadline to disclose expert testimony pursuant to FRCP 26(a)(2) and Local Rule CV-26(b) |
| Six weeks after disclosure of an expert is made. | Deadline to object to any other party's expert witnesses. Objections shall be made by a motion to strike or limit expert testimony and shall be accompanied by a copy of the expert's report in order to provide the court with all the information necessary to make a ruling on any objection. |
| March 2, 2018 | All discovery shall be commenced in time to be completed by this date. |

| | |
|---|---|
| May 3, 2018 | Notice of intent to offer certified records. |
| May 3, 2018 | Counsel and unrepresented parties are each responsible for (6 weeks before final pretrial contacting opposing counsel and unrepresented parties to conf.) determine how they will prepare the Joint Final Pretrial Order (See Local Rule CV-16(b) and Joint Proposed Jury Instructions and Verdict Form (or Proposed Findings of Fact and Conclusions of Law in nonjury cases). |
| June 8, 2018 | Video Deposition Designation due. Each party who proposes to offer a deposition by video shall serve on all other parties a disclosure identifying the line and page numbers to be offered. All other parties will have seven calendar days to serve a response with any objections and requesting cross examination line and page numbers to be included. Counsel must consult on any objections and only those which cannot be resolved shall be presented to the court. The party who filed the initial Video Deposition Designation is responsible for preparation of the final edited video in accordance with all parties designations and the court's rulings on objections. |
| June 11, 2018 | Motions in limine are due.<br>File Joint Final Pretrial Order (*See* www.txed.uscourts.gov) |
| June 28, 2018 | Responses to motions in limine are due.<br>File objections to witnesses, deposition extracts, and exhibits listed in pre-trial order. (This does not extend deadline to object to expert witnesses.)<br>File Proposed Jury Instructions/Form of Verdict (or Proposed Findings of Fact and Conclusions of Law) |
| Date to be set by the Court. Usually within 10 days prior to final pretrial conf. | If numerous motions are filed, the court may set a hearing to consider all pending motions and objections. |
| July 13, 2018 | Final Pretrial Conference at 9:00 a.m. at the Paul Brown United States Courthouse located at 101 East Pecan Street in Sherman, Texas. Date parties should be prepared to try case. |

| | |
|---|---|
| To be determined | Jury selection and trial at the Paul Brown United States Courthouse located at 101 East Pecan Street in Sherman, Texas. A specific trial date will be selected at the Final Pretrial Conference. |

IT IS SO ORDERED.

**SIGNED this 1st day of December, 2017.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE